HENRY E. BRENER, Appellant, v. TITLE GUARANTEE AND TRUST COMPANY, Respondent.— Order denying plaintiff's motion for summary judgment and granting defendant's cross-motion for summary judgment dismissing the complaint, and judgment entered thereon, unanimously affirmed, with ten dollars costs and disbursements, without prejudice to plaintiff bringing an action, if so advised, on behalf of himself and all others similarly situated, to recover judgment requiring defendant to call in the certificates to the extent of $15,000 and pay them off. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

EVELINE BURKE, by Her Guardian ad Litem, ERNEST J. BURKE, and ERNEST J. BURKE, Appellants, v. BOND AND MORTGAGE GUARANTEE CORPORATION and BELLA DIEMENT, Respondents.— Action brought on behalf of an infant plaintiff to recover damages for personal injuries sustained as the result of the alleged negligence of the defendants in permitting a scaffold to remain in an unsafe condition where children were accustomed to play, and by her father for loss of services and expenses. Order granting motion of defendants to set aside verdict in favor of plaintiffs and for a new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.